# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

DEMETTRESS BURNETT
        Plaintiff

v.

Civil Action No. 2:21-cv-227

FRANCISCAN ALLIANCE INC
        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Judgment is ENTERED in favor of defendant Franciscan Alliance Inc., and against plaintiff Demettress Burnett.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Theresa L. Springmann on Defendants Motion for Summary Judgment

DATE: 3/7/2024                            CHANDA J. BERTA, CLERK OF COURT

                                                        by   s/ S. Jarrell
                                                        *Signature of Clerk or Deputy Clerk*